# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MATTHEW A. TOBIN,**

    *Plaintiff*,

v.                      Case No.: 4:20cv292-MW/HTC

**TAYLOR CORRECTIONAL INSTITUTION, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and for failing to comply with this Court's orders." The Clerk shall close the file.

**SO ORDERED on February 12, 2021.**

                                             s/Mark E. Walker
                                             **Chief United States District Judge**